## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  12civ0149                                              Purchased/Filed: January 9, 2012

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*Yaakov Katz, individually and on behalf of the class*                                          Plaintiff

against

*Planet Smoothie Franchises, LLC, et al.*                                                        Defendant

---

STATE OF NEW YORK        SS.:
COUNTY OF ALBANY

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 13, 2012_____, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Class Action Complaint Jury Trial Demanded

on

_____Planet Smoothie Franchises, LLC_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___303 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___41___   Approx. Wt: ___145___   Approx. Ht: ___5'5"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___Female___   Other: _____

Sworn to before me on this
___18th___ day of _____January, 2012_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1200447

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**