## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  12civ0149                                             Purchased/Filed: January 9, 2012

STATE OF NEW YORK        UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT

*Yaakov Katz, individually and on behalf of the class*                                  Plaintiff

against

*Planet Smoothie Franchises, LLC, et al.*                                      Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

____Heather Morigerato____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on  __January 13, 2012__ , at  __11:45am__ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Class Action Complaint Jury Trial Demanded

on

__Jarrett Enterprises, Inc.__ , the Defendant in this action, by delivering to and leaving with  __Donna Christie__ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,  __2__  true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  __40__  dollars; That said service was made pursuant to Section  __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:  __41__   Approx. Wt:  __145__   Approx. Ht: __5'5"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __Female__    Other: _____

Sworn to before me on this
__18th__ day of __January, 2012__

_DONNA M. TIDINGS_
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

_Heather Morigerato_
Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1200445

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**